UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Round Lake Farmers Cooperative

Plaintiff,

v. Civil No. 02-293 (MJD/JGL)

Kenneth Meyerdirk,

Defendant.

Round Lake Farmers Cooperative,

Plaintiff,

v. Civil No. 02-294 (DSD/SRN)

Fred Dejong,

Defendant.

ORDER OF DIRECTION TO THE CLERK OF COURT
FOR REASSIGNMENT OF RELATED CASE

Case number 02-293 having been assigned to Judge Michael J. Davis and case number 02-294 having later been assigned to Judge Davis S. Doty and said matters being related cases,

IT IS HEREBY ORDERED that case number 02-294 be assigned to Judge Michael J. Davis, nunc pro tunc, by use of a card on the securities list of the automated case assignment system, and the Clerk of Court is directed to void and reuse cards on the same list pursuant to this Court's Assignment of Cases Order dated April 2, 2001.

IT IS FINALLY ORDERED that a copy of this order shall be placed in each of the above respective files.

Dated: 2-20-02

JUDGE MICHAEL J. DAVIS
United States District Court

Dated: 2/20/02

JUDGE DAVID S. DOTY
United States District Court

FILED 2-21-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

4

Date: February 22, 2002 jr

R E C O R D O F D O C K E T T E X T

0:02-cv-00294 Round Lake Farmers v. Dejong

DOCKET ENTRY

ORDER OF DIRECTION FOR REASSIGNMENT OF RELATED CASE (Judge Michael J. Davis / 2/20/02) (Senior Judge David S. Doty / 2/20/02) (Related case 02-293 MJD/JGL) Case reassigned to Judge Michael J. Davis by use of the securities list, and Case referred to Magistrate Judge Jonathan G. Lebedoff. Case number remains the same except for Judge's initials 02-294 MJD/JGL. Case number with new Judge's initials to be used on all pleadings and papers submitted to the Court regarding this civil action. 1pg(s) (cc: all counsel)

Hon. Michael J Davis, Judge

THIS NOTICE SENT TO ALL COUNSEL