UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No.: 02-294 (MJD/JGL)

ROUND LAKE FARMERS COOP.,

Plaintiff,

v. **ORDER OF REFERRAL**

FRED DEJONG,

Defendant.

---

**IT IS HEREBY ORDERED** that pursuant to 28 U.S.C. § 636(b)(1)(B) that United States Magistrate Judge John M. Mason is designated to conduct hearings and submit proposed findings of fact and recommendations of law on any dispositive motions (including motions to dismiss or for summary judgment) which may be filed in this matter. Any such motions shall be noticed for hearing before Magistrate Judge John M. Mason.

Dated: 3-7-02

Michael J. Davis, Judge
United States District Court

FILED ... 2002
RICHARD D SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK